Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  ISRAEL, AKILAH

**2. Debtor's unique identifier**

For non-individual debtors:
- ☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __
- ☐ Other _____. Describe identifier _____

For individual debtors:
- ☑ Social Security number: xxx – xx-- _X_ _X_ _X_ _X_
- ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __
- ☑ Other 84-xxxxxxx . Describe identifier _____

**3. Name of foreign representative(s)**  International Organization Foreign Grantor - Akilah Israel # 98-6073490

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  IRS - SS4 living phone request

**5. Nature of the foreign proceeding**

Check one:
- ☑ Foreign main proceeding
- ☐ Foreign nonmain proceeding
- ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

- ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
- ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
- ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
  see attached NON-UCC "RR 138 922 568 US" and IRS Transfer Form 926
  International Organization Foreign Grantor Filed "FOR" the DEBTOR

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

- ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
- ☑ Yes

Debtor   ISRAEL, AKILAH
         Name                                                                Case number (if known)

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

UNITED STATES "DC"

Debtor's registered office:

5834 BAYNTON STREET #914
Number    Street

P.O. Box

PHILADELPHIA        PA    19144
City          State/Province/Region    ZIP/Postal Code

UNITED STATES - DC
Country

Individual debtor's habitual residence:

5834 BAYNTON STREET #914
Number    Street

P.O. Box

PHILADELPHIA        PA    19144
City          State/Province/Region    ZIP/Postal Code

UNITED STATES - DC
Country

Address of foreign representative(s):

c/o: 5834 Baynton Street #914
Number    Street

P.O. Box

Philadelphia        Pa    19144
City          State/Province/Region    ZIP/Postal Code

Republic the United States of America
Country

**10. Debtor's website (URL)**

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify:

☑ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor    ISRAEL, AKILAH
          Name                                          Case number (if known)

**12. Why is venue proper in this district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
NON-UCC "RR 138 922 568 US" and IRS Transfer Form 926

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _[signature]_                            akilah:israel:Yhwh
Signature of foreign representative        Printed name

Executed on  09/24/2019
             MM / DD / YYYY

X _____           _____
Signature of foreign representative        Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X _____           Date _____
Signature of Attorney for foreign representative    MM / DD / YYYY

Printed name

Firm name

Number    Street

City                                       State      ZIP Code

Contact phone                              Email address

Bar number                                 State